UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 17-10277-MLW

UNITED STATES OF AMERICA

v.

PETER MOLLOY, et al.

**FINAL STATUS REPORT**

March 29, 2018

Boal, M.J.

A Final Status Conference was held before this court on March 29, 2018, pursuant to the provisions of Local Rule 116.5(c).  Based on that conference, this court enters the following report and order:

1.     This Court recommends that the District Judge assigned to this case schedule an initial pretrial conference after May 15, 2018.

2.     The parties have produced all discovery they intend to produce at this time.

3.     There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4.     There are no outstanding or anticipated motions under Fed. R. Crim. P. 12(b).

5.     Based upon the orders of the court dated October 2, 2017, November 16, 2017, and March 28, 2018, at the time of the Final Status Conference on March 29, 2018, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.  The Court has also excluded the time until May 15, 2018.

          / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE